■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SCOTT, Appellant. [21 NYS3d 664]—Appeal from a judg-

ment of the Cayuga County Court (Thomas G. Leone, J.), rendered July 3, 2014. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree and sexual abuse in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Smith, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ.